IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MICHAEL E. ARRINGTON, )
)
      Plaintiff, )
)
vs. ) CIVIL ACTION NUMBER
)
SAMFORD UNIVERSITY; LT. ) 98-C-2447-S
SLOAN; CHIEF GRAVES; MARILYN )
GAVIN, )
)
      Defendants. )

FILED
99 JUL 30 PM 5: 14
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
AUG 0 2 1999

**MEMORANDUM OPINION**

The defendant Samford University has moved for summary judgment on plaintiff Michael E. Arrington's race discrimination claim.

The undisputed evidence is that the plaintiff was discharged near the end of his probationary period. Although the plaintiff may have established a prima facie case, he has submitted no evidence to establish that the defendants' articulated reasons for his discharge (lack of attendance and tardiness) were pretextual.

Accordingly, the defendants' motion for summary judgment is due to be granted.

DONE this 30th day of July, 1999.

_____
UNITED STATES DISTRICT JUDGE
U. W. CLEMON

43